```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 24387
   STEVE A LAMPKIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6130

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/20/2005 and was confirmed 08/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   33.54%.

     The case was paid in full 11/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CITY OF CHICAGO PARKING   UNSECURED         10440.00          .00         3439.52
CCA                       UNSECURED         NOT FILED         .00             .00
GUARDIAN NATIONAL ACCEPT  UNSECURED          4419.65          .00          441.97
DAVID M SIEGEL            DEBTOR ATTY        2,244.00                     2,244.00
TOM VAUGHN                TRUSTEE                                          399.02
DEBTOR REFUND             REFUND                                           170.41

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              6,694.92

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                   3,881.49
ADMINISTRATIVE                              2,244.00
TRUSTEE COMPENSATION                          399.02
DEBTOR REFUND                                 170.41
                     ---------------       ---------------
TOTALS               6,694.92               6,694.92

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 02/26/09                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```